UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AHMAD BREAUX**<br>    **Plaintiff** | : | **CIVIL ACTION NO.** |
| **Versus** | : | **JUDGE:** _____ |
| **PROGRESSIVE COUNTY MUTUAL<br>INSURANCE COMPANY, et al**<br>    **Defendants** | : | **MAGISTRATE<br>JUDGE:** _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

**TO:   Honorable Judges of
       The United States District Court
       Western District of Louisiana**

Defendant, Progressive County Mutual Insurance Company file this Notice of Removal of this action from the 14th Judicial District Court, for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lake Charles Division. This removal is predicated upon the fact that there is diversity of citizenship between the parties in this litigation, and that the amount in controversy exceeds the federal jurisdictional amount necessary for same. This notice of removal additionally respectfully avers that:

1.

Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc. and Walter Scott Bivens are named defendants in an action filed in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, entitled "Ahmad Breaux v. Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc. and Walter Scott Bivens", Docket No. 2021-4786.

1

2.

Pursuant to 28 U.S.C. § 1332, there is complete diversity of citizenship between the parties.

3.

Upon information and belief, Ahmad Breaux is a resident of Calcasieu Parish and therefore, his place of domicile is within the State of Louisiana.

4.

Progressive County Mutual Insurance Company is an Ohio Corporation with its principal place of business in Ohio.

5.

Fontenot's Trucking, Dirt Yard & Construction, Inc. is a Texas Corporation with its principal place of business in Texas and has not been served with the original or First Supplemental and Amending Petition. If and when the Company is served, undersigned counsel will enroll on their behalf and consent to this Removal.

6.

Walter Scott Bivens is a resident and domiciliary of the State of Texas and has not been served with the original or First Supplemental and Amending Petition. If and when the Mr. Bivens is served, undersigned counsel will enroll on his behalf and consent to this Removal.

7.

Pursuant to 28 U.S.C. § 1332, the amount in controversy exceeds $75,000.00, exclusive of interest and cost. (see Paragraph 10 of plaintiff's First Supplemental and Amending Petition)

8.

Pursuant to 28 U.S.C. § 1446(a), a complete copy of all process, pleadings and all orders of the court in the State action are attached hereto as Exhibit A.

9.

Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal of a civil action is to be filed within thirty (30) days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action of proceeding is based, or within thirty (30) days after the service of summons upon the defendant.

10.

The First Supplemental and Amending Petition was served on Progressive County Mutual Insurance Company undersigned counsel on March 4, 2022. This pleading included the allegation that the amount in controversy was sufficient for federal court diversity jurisdiction. Therefore the filing of this Notice of Removal is timely.

11.

Defendant reserves any and all rights to assert any and all answers and defenses to the plaintiff's Petition at the appropriate time.

12.

Pursuant to 28 U.S.C. § 1446(b) a copy of this Notice of Removal is being served on the plaintiff, through their counsel of record and being filed in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

WHEREFORE, these parties pray that the above action now pending in the 14th Judicial District Court, in and for the Parish of Calcasieu, State of Louisiana, be removed therefrom to this Honorable Court and that the State Court shall proceed no further therein.

Respectfully submitted,

MITCHELL & BLANCO, LLC

_____
Allen J. Mitchell, II   LA Bar #22532
1607 Ryan Street
Lake Charles, LA 70601
Phone:  337-436-8686
Fax:      337-436-8699

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AHMAD BREAUX** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | | |
| **Versus** | : | **JUDGE:** _____ |
| **PROGRESSIVE COUNTY MUTUAL** | : | **MAGISTRATE** |
| **INSURANCE COMPANY, et al** | | **JUDGE:** _____ |
| **Defendants** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VERIFICATION OF NOTICE OF REMOVAL**

**STATE OF LOUISIANA**

**PARISH OF CALCASIEU**

Affiant attests that he is counsel of record for the defendants, Progressive County Mutual Insurance Company and that he has prayed for removal of the above entitled action to the United States District Court, for the Western District of Louisiana, and as attorney for these defendants, verifies that pursuant to 28 U.S.C. § 1746, the allegations of the Notice of Removal are true to the best of his knowledge.

Lake Charles, Louisiana, this 28th day of March, 2022.

_____
Allen J. Mitchell, II   LA Bar #22532

SWORN TO AND SUBSCRIBED before me, this 28 day of March, 2022.

_____
NOTARY PUBLIC

**James A Blanco**
**Bar Roll #1812**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AHMAD BREAUX**<br>     **Plaintiff** | : | **CIVIL ACTION NO.** |
| **Versus** | : | **JUDGE:** _____ |
| **PROGRESSIVE COUNTY MUTUAL**<br>**INSURANCE COMPANY, et al**<br>     **Defendants** | : | **MAGISTRATE**<br>**JUDGE:** _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF FILING NOTICE OF REMOVAL

I HEREBY CERTIFY that on the 28th of March, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all enrolled counsel of record. I have also sent a copy to counsel of records by separate electronic transmission.

_____
Allen J. Mitchell, II La Bar #22532

6