Calcasieu Parish Clerk of Court
PO Box 1030
Lake Charles, LA 70602



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

## NEW CIVIL FILING

AHMAD BREAUX

VS.   2021-004786

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

Abigail LaRocca
Deputy Clerk of Court



Filing Date: 11/15/2021 08:41 AM      Page Count:: 1
Case Number: 2021-004786
Document Name: New Suit

AHMAD BREAUX        :      14TH JUDICIAL DISTRICT COURT

VS. NO. _____      :      PARISH OF CALCASIEU

PROGRESSIVE COUNTY MUTUAL    :      STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED:   11-12-2021         :     _____
                                   DEPUTY CLERK OF COURT

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA

## REQUEST FOR PRODUCTION OF DOCUMENTS

To:    **WALTER SCOTT BIVENS**

     Plaintiff, Ahmad Breaux, propounds the following requests for production to defendant, Walter Scott Bivens, who is hereby notified to produce for inspection and copying within the time limits provided by law at the offices of Baggett, McCall, Burgess, Watson & Gaughan, 3006 Country Club Road, Lake Charles, Louisiana 70605, the following documents.

     These requests are to be answered in accordance with the following definitions and instructions, and these definitions and instructions are hereby incorporated in each of said request as if contained therein.

### DEFINITIONS:

     "You" or "Your" includes the above named defendants and all representatives or other persons acting on behalf of the aforementioned defendants, including, but not limited to defendants' attorney.

     "Document" means any printed, typewritten or handwritten instrument of whatever character or the physical expression of any means of storage of information and includes, without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note, computer printout, computer tape, microfilm, microfiche, tape recording, photograph, motion picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer communications, or other items of a similar nature, originals and non-identical copies and where original and/or non-identical copies are in existence, a copy of the original and a copy of all non-identical copies.

     "Person" or "Persons" includes an actual person, firm, association, organization, partnership, business, trust, corporation or public entity.

     "Plaintiff" means the named plaintiff in this lawsuit.

     "Vehicle involved in the collision" concerns the vehicle driven by the defendant(s) driver at the time of the collision.

### INSTRUCTIONS:

     1.      This discovery is deemed to be continuing and whenever you receive information that would be deemed to supplement these requests, you are hereby required to do so.

     2.      If any information in this discovery is deemed by you to be privileged, please state the privilege asserted, basic reasons behind the privilege, and enough information to enable plaintiff to brief and/or research the privilege issue.



**REQUEST FOR PRODUCTION NO. 1:**

Please produce certified copy of all insurance which may be applicable to the allegations in this matter, including all umbrella and all excess coverage, including the declarations page for all policies.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of all statements you have taken in this case or which in any way relate to the facts surrounding this case.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all accident or investigative reports which were generated as a result of this action or which relate to the facts surrounding this lawsuit.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all photos or videotapes related to the plaintiff, the vehicles, the accident and/or this case.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all documents related to plaintiff, including but not limited to medical records, criminal records, videotapes, pictures, statements, or work records.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all testing results which in any way relate to this case.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all exhibits you may or will introduce at the trial of this matter and/or at any hearings.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reviewed and/or relied upon by experts you anticipate calling at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any Mary Carter Agreements or similar agreements relating to indemnity, settlement, or sharing of expenses and/or judgments.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all expert reports related to this case, companion cases, or similar cases.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce the employment file, disciplinary file, medical file, if applicable, concerning the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce the repair history of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce a copy of any type of disciplinary proceedings, write-up, internal investigation, warning, reprimand, or similar documents which in any way relate to the collision or the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents you maintain on the vehicle in question, including insurance, recommended repairs, repairs performed, modifications, uses, designated drivers, or any other document which you keep on the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all damage estimates on all vehicles involved in the collision at issue in this case.

**REQUEST FOR PRODUCTION NO. 16:**

True and complete copy(ies) of any and all driver's license(s) for defendant, **Walter Scott Bivens**.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all exhibits, documents and tangible things which you intend to introduce at the trial of this case, including, but not limited to all demonstrative exhibits, charts, posters, or photographic enlargements.

**REQUEST FOR PRODUCTION NO. 18:**

True and correct copy of any and all documents, reports, photographs, or other information generated by any person or persons investigating the accident in question and the plaintiffs in any manner, and whether or not such information will be used at the time of trial.

**REQUEST FOR PRODUCTION NO. 19:**

A copy of any and all records reflecting the type of motor vehicle license, the date of issuance of said license, and each and every restriction appearing on said license.

**REQUEST FOR PRODUCTION NO. 20:**

Copies of any and all results of any written or oral examination taken to qualify you to drive the truck you were operating on the day in question; including the name of the person administering the test and under whose auspices the examination was administered.

**REQUEST FOR PRODUCTION NO. 21:**

Copies of any and all Motor Vehicle Driver's Certification of Violations filled out in compliance with 49 CFR 391.27 reflecting any traffic violations, convictions or bond forfeitures, for you or  certifying that none occurred and giving the name and address of the entity having possession of this form.

**REQUEST FOR PRODUCTION NO. 22:**

A copy of the latest medical verification of your health status prior to the accident that gives rise to this litigation.

**REQUEST FOR PRODUCTION NO. 23:**

A copy of all daily vehicle inspections done by you for the particular trip during which the accident complained of herein occurred.

**REQUEST FOR PRODUCTION NO. 24:**

A copy of all of your  daily time records, hourly work charts, or any information you possess concerning the hours driven and miles covered by you for thirty days prior to the date of this accident.


All of the foregoing Request for Production of Documents are continuing in nature and must be supplemented if further information is obtained.

THUS DONE AND SIGNED at Lake Charles, Louisiana this  13th  day of ~~October~~ November, 2021.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

CHRISTOPHER C. McCALL
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70605
(337) 478-8888

| AHMAD BREAUX | : | 14TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VS. NO. 2021-4786 G | : | PARISH OF CALCASIEU |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC. and WALTER SCOTT BIVENS | : | STATE OF LOUISIANA |
| FILED: 11-12-2021 | : | _____ DEPUTY CLERK OF COURT |

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA

## REQUEST FOR PRODUCTION OF DOCUMENTS

**To:    FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC**

Plaintiff, Ahmad Breaux, propounds the following requests for production to defendant, Fontenot's Trucking, Dirt Yard & Construction, Inc., who is hereby notified to produce for inspection and copying within the time limits provided by law at the offices of Baggett, McCall, Burgess, Watson & Gaughan, 3006 Country Club Road, Lake Charles, Louisiana 70605, the following documents.

These requests are to be answered in accordance with the following definitions and instructions, and these definitions and instructions are hereby incorporated in each of said request as if contained therein.

### DEFINITIONS:

"You" or "Your" includes the above named defendants and all representatives or other persons acting on behalf of the aforementioned defendants, including, but not limited to defendants' attorney.

"Document" means any printed, typewritten or handwritten instrument of whatever character or the physical expression of any means of storage of information and includes, without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note, computer printout, computer tape, microfilm, microfiche, tape recording, photograph, motion picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer communications, or other items of a similar nature, originals and non-identical copies and where original and/or non-identical copies are in existence, a copy of the original and a copy of all non-identical copies.

"Person" or "Persons" includes an actual person, firm, association, organization, partnership, business, trust, corporation or public entity.

"Plaintiff" means the named plaintiff in this lawsuit.

"Vehicle involved in the collision" concerns the vehicle driven by the defendant(s) driver at the time of the collision.

### INSTRUCTIONS:

1.    This discovery is deemed to be continuing and whenever you receive information that would be deemed to supplement these requests, you are hereby required to do so.

2.    If any information in this discovery is deemed by you to be privileged, please state the privilege asserted, basic reasons behind the privilege, and enough information to enable plaintiff to brief and/or research the privilege issue.



**REQUEST FOR PRODUCTION NO. 1:**

Please produce certified copy of all insurance which may be applicable to the allegations in this matter, including all umbrella and all excess coverage, including the declarations page for all policies.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of all statements you have taken in this case or which in any way relate to the facts surrounding this case.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all accident or investigative reports which were generated as a result of this action or which relate to the facts surrounding this lawsuit.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all photos or videotapes related to the plaintiff, the vehicles, the accident and/or this case.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all documents related to plaintiff, including but not limited to medical records, criminal records, videotapes, pictures, statements, or work records.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all testing results which in any way relate to this case.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all exhibits you may or will introduce at the trial of this matter and/or at any hearings.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reviewed and/or relied upon by experts you anticipate calling at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any Mary Carter Agreements or similar agreements relating to indemnity, settlement, or sharing of expenses and/or judgments.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all expert reports related to this case, companion cases, or similar cases.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce the employment file, disciplinary file, medical file, if applicable, concerning the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce the repair history of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce a copy of any type of disciplinary proceedings, write-up, internal investigation, warning, reprimand, or similar documents which in any way relate to the collision or the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents you maintain on the vehicle in question, including insurance, recommended repairs, repairs performed, modifications, uses, designated drivers, or any other document which you keep on the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all damage estimates on all vehicles involved in the collision at issue in this case.

**REQUEST FOR PRODUCTION NO. 16:**

The complete personnel file on **Walter Scott Bivens**, including but not limited to:

a.  Records of any criminal convictions of **Walter Scott Bivens**;

b.  Records of all traffic tickets, traffic warnings, traffic citations or traffic charges against **Walter Scott Bivens** relating to the employing, the employment or dismissal of **Walter Scott Bivens**;

c.  Results of any drug examination or screening of **Walter Scott Bivens**;

d.  All disciplinary or infraction records of **Walter Scott Bivens**;

e.  All pre-employment examinations of **Walter Scott Bivens**, both physical and mental;

f.  A copy of any contract of employment or any document that would govern any relationship with any party or bear on the issue of employment;

g.  A copy of **Walter Scott Bivens'** driver's log book for at least 120 prior to the time of this accident;

h.  Any documents, records or other information relating to the employment-relationship between **Fontenot's Trucking, Dirt Yard & Construction, Inc.** and **Progressive County Mutual Insurance Company**;

i.  Any other records indicating any past wrecks involving **Walter Scott Bivens**; and

j.  All prior medical records and/or hospital records in your possession regarding

Walter Scott Bivens.

**REQUEST FOR PRODUCTION NO. 17:**

A copy of the repair invoice of the defendant's vehicle.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all employment/employee manuals of **Fontenot's Trucking, Dirt Yard & Construction, Inc.,** issued to its drivers and that were in effect at and/or before the time of this accident.

**REQUEST FOR PRODUCTION NO. 19:**

A copy of the bill of lading and/or any invoice or record reflecting the exact contents of the cargo at the time of the accident from **Walter Scott Bivens.**

**REQUEST FOR PRODUCTION NO. 20:**

A copy of the log that was kept on the defendant's truck for one year prior to the date of the accident up and through the date of the accident which shows the daily and total mileage, the number of trips or hauls made, destinations, dates or any combination thereof, and maintenance records.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce a copy of the last inspection made prior to the accident of the vehicle in question to comply with the state inspection requirements giving the name or number of the inspection station(s) that conducted the investigation.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce copies of any and all records reflecting the following:

a.      Make, model, year, and registration of the vehicle in question;

b.      Name and address of the owner of the vehicle in question (both as of the date of the accident and today's date);

c.      Materials being transported on the date in question; and

d.      the weight of your truck at the time of the accident.

**REQUEST FOR PRODUCTION NO. 23:**

A copy of any and all manuals, procedures, guidelines, rules, safety tips, advisories, safety training, documents, drawings, writings, notes and/or memorandums concerning **Fontenot's Trucking, Dirt Yard & Construction, Inc.'s** training of its drivers at the time of the accident.

**REQUEST FOR PRODUCTION NO. 24:**

A copy of any and all manuals, procedures, guidelines, rules, safety tips, advisories, safety

training, documents, drawings, writings, notes and/or memorandums relative to **Fontenot's Trucking, Dirt Yard & Construction, Inc.'s** policy, guidelines, and/or rules concerning employee driving during the course and scope of their employment at the time of this accident.

**REQUEST FOR PRODUCTION NO. 25:**

Please produce all of **Walter Scott Bivens'** personnel, dispatch and driver qualification files from **Fontenot's Trucking, Dirt Yard & Construction, Inc.**  This is to include all documents used to satisfy the following Federal Motor Carrier Safety Regulations:

a.   Application For Employment/Driver Qualification as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.21.

b.   Supplemental Employment History Form (if applicable) as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 383.35.

c.   Employment Eligibility Verification as required by USC 1324A.

d.   Medical Examiner's Certificate as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.43.

e.   Driver's Road Test as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.31.

f.   Written Examination as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 Section 391.35 (if applicable).

g.   Certification of Road Test as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.31.

h.   Certification of Written Test as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.35 (if applicable).

i.   Inquiry to Previous Employers/Contractors as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.23 (a) (2) & (c).

j.   Inquiry to State Agencies as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.23 (a) (1) & (b).

k.   Annual Review of Driving Record as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.25.

l.   Annual Driver's Certification of Violations as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.27.

m.   Driver Data Sheet (if applicable) as per Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 395.8(j)(2).

n.   Checklist for Casuals (if applicable) as per Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.51 (d).

o.   Waiver Letter, (if issued) as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 391.87 (f)(1-5).

p.   Notification of Traffic Violation as required by Federal Motor Carrier Safety Regulations (FMCSR) 49 C.F.R. Section 383.31.

**REQUEST FOR PRODUCTION NO. 26:**

Please produce the Bill of Lading, Freight Bills and any other additional shipping information used for the shipments **Walter Scott Bivens** provided services for and/or hauled for the time period January 1, 2020 through December 31, 2020.

**REQUEST FOR PRODUCTION NO. 27:**

Please produce all pertinent documents relative to **Walter Scott Bivens'** in service or out of service status with **Fontenot's Trucking, Dirt Yard & Construction, Inc.** for the time period January 1, 2020 through December 31, 2020.

**REQUEST FOR PRODUCTION NO. 28:**

Please produce all trip and/or operational documents pertaining to the movement of cargo by **Walter Scott Bivens** and any of his accompanying co-drivers for the time period January 1, 2020 through December 31, 2020.  This should include:

    a.    Driver's trip reports;

    b.    Receipts for expenses or purchases;

    c.    Cargo pickup or delivery orders;

    d.    Written or verbal request, instructions or orders for transportation;

    e.    Dispatch and operational records;

    f.    Driver call-in records or reports;

    g.    Accounting records; and

    h.    Any and all other operational or trip related documents.

**REQUEST FOR PRODUCTION NO. 29:**

Please produce all pertinent documents reflecting **Fontenot's Trucking, Dirt Yard & Construction, Inc.'s** policies and procedures at the time of the accident as they apply to the proper logging or accounting for time, as it applies to the loading or unloading of shipments, rest stops, meal stops, and the fueling of the vehicle.

**REQUEST FOR PRODUCTION NO. 30:**

Please produce documentation denoting all awards, recognition's, disciplinary actions, warning letters, violation letters and driver status merited by **Walter Scott Bivens**.

**REQUEST FOR PRODUCTION NO. 31:**

Please produce any and all documents, forms, policies, rules and procedures which attest to **Fontenot's Trucking, Dirt Yard & Construction, Inc.'s** compliance with FMCSR 49 C.F.R.

Section 395 HOURS OF SERVICE OF DRIVERS for one year prior to the accident.

**REQUEST FOR PRODUCTION NO. 32:**

Please produce guidelines, policies, procedures or a written overview of **Fontenot's Trucking, Dirt Yard & Construction, Inc.'s** driver daily log auditing procedures which were in effect at the time of the accident.

**REQUEST FOR PRODUCTION NO. 33:**

Please provide documents for the years 2019 and 2020 showing the total volume of logs received by **Fontenot's Trucking, Dirt Yard & Construction, Inc.** and the number of logs audited for the same time period.

**REQUEST FOR PRODUCTION NO. 34:**

With regard to the trailer involved in the collision in question on November 18, 2020 which is the subject of this lawsuit please produce the following documents:

    a.    Registration and titles;

    b.    Purchase orders and specifications for the Tractor Trailer;

    c.    On board computer records of time and/or speed for the period of January 1, 2020 through December 31, 2020;

    d.    Satellite communication/vehicle positioning records;

    e.    All vehicle inspection forms for the period January 1, 2020 through December 31, 2020;

    g.    Repair orders, including all routine maintenance for the period January 1, 2020 through December 31, 2020;

    h.    State port of entry and/or entrance records for the period January 1, 2020 through December 31, 2020;

    i.    Check point records for the period January 1, 2020 through December 31, 2020;

    j.    Fuel tax records for period of January 1, 2020 through December 31, 2020.

**REQUEST FOR PRODUCTION NO. 35:**

Please produce all pertinent documents reflecting **Fontenot's Trucking, Dirt Yard & Construction, Inc.'s** compliance with CFR Part 385 SAFETY FITNESS PROCEDURES.

All of the foregoing Request for Production of Documents are continuing in nature and must be supplemented if further information is obtained.

THUS DONE AND SIGNED at Lake Charles, Louisiana this _12th_ day of November, 2021.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

CHRISTOPHER C. McCALL
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70605
(337) 478-8888

AHMAD BREAUX                          :        14TH JUDICIAL DISTRICT COURT

VS. NO. _____              :        PARISH OF CALCASIEU
         2021-4786 G
PROGRESSIVE COUNTY MUTUAL            :        STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED:  11-12-2021                   :        _____
                                              DEPUTY CLERK OF COURT

## REQUEST FOR PRODUCTION OF DOCUMENTS

To:     **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

         Plaintiff, Ahmad Breaux, propounds the following requests for production to defendant,

Progressive County Mutual Insurance Company, who is hereby notified to produce for inspection

and copying within the time limits provided by law at the offices of Baggett, McCall, Burgess,

Watson & Gaughan, 3006 Country Club Road, Lake Charles, Louisiana 70605, the following

documents.

         These requests are to be answered in accordance with the following definitions and

instructions, and these definitions and instructions are hereby incorporated in each of said request as

if contained therein.

<u>DEFINITIONS:</u>

         "You" or "Your" includes the above named defendants and all representatives or other persons
acting on behalf of the aforementioned defendants, including, but not limited to defendants' attorney.

         "Document" means any printed, typewritten or handwritten instrument of whatever
character or the physical expression of any means of storage of information and includes, without
limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note,
computer printout, computer tape, microfilm, microfiche, tape recording, photograph, motion
picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer communications, or
other items of a similar nature, originals and non-identical copies and where original and/or non-
identical copies are in existence, a copy of the original and a copy of all non-identical copies.

         "Person" or "Persons" includes an actual person, firm, association, organization, partnership,
business, trust, corporation or public entity.

         "Plaintiff" means the named plaintiff in this lawsuit.

         "Vehicle involved in the collision" concerns the vehicle driven by the defendant(s) driver at
the time of the collision.

<u>INSTRUCTIONS:</u>

1.       This discovery is deemed to be continuing and whenever you receive information that
         would be deemed to supplement these requests, you are hereby required to do so.

2.       If any information in this discovery is deemed by you to be privileged, please state the
         privilege asserted, basic reasons behind the privilege, and enough information to
         enable plaintiff to brief and/or research the privilege issue.

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA



**REQUEST FOR PRODUCTION NO. 1:**

Please produce certified copy of all insurance which may be applicable to the allegations in this matter, including all umbrella and all excess coverage, including the declarations page for all policies.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of all statements you have taken in this case or which in any way relate to the facts surrounding this case.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all accident or investigative reports which were generated as a result of this action or which relate to the facts surrounding this lawsuit.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all photos or videotapes related to the plaintiff, the vehicles, the accident and/or this case.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all documents related to plaintiff, including but not limited to medical records, criminal records, videotapes, pictures, statements, or work records.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all testing results which in any way relate to this case.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all exhibits you may or will introduce at the trial of this matter and/or at any hearings.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reviewed and/or relied upon by experts you anticipate calling at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any Mary Carter Agreements or similar agreements relating to indemnity, settlement, or sharing of expenses and/or judgments.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all expert reports related to this case, companion cases, or similar cases.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce the employment file, disciplinary file, medical file, if applicable, concerning the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce the repair history of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce a copy of any type of disciplinary proceedings, write-up, internal investigation, warning, reprimand, or similar documents which in any way relate to the collision or the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents you maintain on the vehicle in question, including insurance, recommended repairs, repairs performed, modifications, uses, designated drivers, or any other document which you keep on the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all damage estimates on all vehicles involved in the collision at issue in this case.

All of the foregoing Request for Production of Documents are continuing in nature and must be supplemented if further information is obtained.

THUS DONE AND SIGNED at Lake Charles, Louisiana this 12th day of November, 2021.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

CHRISTOPHER C. McCALL
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70605
(337) 478-8888

AHMAD BREAUX        :      14TH JUDICIAL DISTRICT COURT

VS. NO. _____     :      PARISH OF CALCASIEU

2021-4786 G
PROGRESSIVE COUNTY MUTUAL    :      STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED:    11-12-2021       :     _____
                                      DEPUTY CLERK OF COURT

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA

## INTERROGATORIES

To:    **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC., and WALTER SCOTT BIVENS**

Plaintiff, Ahmad Breaux, propounds the following interrogatories to defendants, Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc., and Walter Scott Bivens, to be answered under oath within the time limits provided by law:

## DEFINITIONS:

"You" or "Your" includes the above named defendants and all representatives or other persons acting on behalf of the aforementioned defendants, including, but not limited to defendants' attorney.

"Document" means any printed, typewritten or handwritten instrument of whatever character or the physical expression of any means of storage of information and includes, without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note, computer printout, computer tape, microfilm, microfiche, tape recording, photograph, motion picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer communications, or other items of a similar nature, originals and non-identical copies and where original and/or non-identical copies are in existence, a copy of the original and a copy of all non-identical copies.

"Person" or "Persons" includes an actual person, firm, association, organization, partnership, business, trust, corporation or public entity.

"Plaintiff" means the named plaintiff in this lawsuit.

"Vehicle involved in the collision" concerns the vehicle driven by the defendant(s) driver at the time of the collision.

"IDENTIFY" or "IDENTIFICATION" or "IDENTITY" when referring to a person means to state the person's full name, present or last known address, and if known, present or former employer and job title, and when referring to a document means to give a reasonable description thereof, its date, and the full name and the present or last known address of the person, firm or corporation having possession, custody or control thereof.

## INSTRUCTIONS:

A.    In answering these Interrogatories, you are requested to furnish all information known or available to you regardless of whether this information is possessed directly by you or by your agents, employees, or representatives, or by your attorneys, their agents, employees, or representatives.

B.    If any of these Interrogatories cannot be answered in full, please respond to the extent possible, specifying the reasons for your inability to respond to the remainder



and state whatever information, knowledge, or belief you do have concerning the unanswered portion.

C.    If you claim privilege as to any matter requested, please give a detailed description of such privilege to allow plaintiff and the Court to ascertain the viability of the privilege.

D.    Each Interrogatory is of a continuing nature.  If, after serving an answer to any Interrogatory, you obtain or become aware of any further information that is responsive to such Interrogatory request, please serve amended answers setting forth such information.

**INTERROGATORY NO. 1:**

Please identify all persons providing factual information and/or assistance in answering plaintiff's written discovery in this case.

**INTERROGATORY NO. 2:**

Please identify all persons having knowledge of any discoverable matter.  Please see Louisiana Code of Civil Procedure art. 1422 prior to objecting to this interrogatory.

**INTERROGATORY NO. 3:**

For all documents that you claim are privileged in response to plaintiff's written discovery, please give a reasonable description of the document, specify the privilege, give the custodian of said document, identify the attorney and/or client involved, identify the litigation and/or anticipated litigation involved, identify all recipients and past custodians of the document, identify whether or not the document has ever been used affirmatively in litigation, and identify whether or not there has ever been court rulings concerning whether or not the document is privilege or not.

**INTERROGATORY NO. 4:**

Please identify each person whom you expect to call as an expert witness at trial, and state the subject matter on which the expert is expected to testify, and state the substance of the facts to which the expert is expected to testify.

**INTERROGATORY NO. 5:**

Please identify all experts who you have retained or specially employed in anticipation of litigation or preparation for trial who is not expected to be called as a witness at trial.

**INTERROGATORY NO. 6:**

Please identify all witnesses you may or will call at the trial of this matter. Also, please give a brief statement of their expected testimony and state their relationship to plaintiffs or defendants, if any.

**INTERROGATORY NO. 7:**

Please identify all exhibits you may or will introduce at the trial of this matter.

**INTERROGATORY NO. 8:**

For all parties or non-parties that you contend are at fault as it relates to the allegations of this lawsuit, please identify said party or non-party and give a reasonable explanation of your contentions.

**INTERROGATORY NO. 9:**

Please identify all witnesses, documents, and facts, which support your affirmative defenses in this litigation.

**INTERROGATORY NO. 10:**

If you contend that plaintiff was at fault in this litigation, please identify all documents, witnesses, and facts that support your contention.

**INTERROGATORY NO. 11:**

Please identify all persons you have contacted in the course of investigating this litigation and state whether or not you have taken a statement from said person.

**INTERROGATORY NO. 12:**

Please identify the contents and the terms of any agreements concerning this case or related to this case entered into by you, whether written or oral, including agreements to cooperate at any stage, agreements concerning indemnity, contribution, sharing, or expenses.

**INTERROGATORY NO. 13:**

Please identify all causes for plaintiff's injuries or illnesses complained of in this litigation other than the facts as stated in plaintiff's petition.

**INTERROGATORY NO. 14:**

Do you have any information that plaintiff had any injuries that pre-existed the injuries complained of in this lawsuit and/or do you have any information that plaintiff has other injuries or health complaints other than those complained of in this lawsuit?  If so, please give a reasonable description of such information.

**INTERROGATORY NO. 15:**

Do you have any information that plaintiff was ever arrested, charged, and/or convicted of any criminal offense?  If so, please identify each arrest, charge, and/or conviction, including but not limited to dates, times, subject, offense, and outcome.

**INTERROGATORY NO. 16:**

Please give a reasonable description of all information you have which gives you any reason to believe that there was any defect or failure on the part of any equipment or apparatus involved in the accident, and/or litigation.

**INTERROGATORY NO. 17:**

Please give a reasonable description of all traffic citations the defendant driver received as a result of the collision by stating the name and location of the court involved, the violations of law charged, and the date, place, and manner or disposition of all such citations.

**INTERROGATORY NO. 18:**

Please give a reasonable description of all traffic citations the defendant driver has ever received.

**INTERROGATORY NO. 19:**

Please give a reasonable description of the defendant driver's license at the time of the collision, including the type, restrictions, and whether the license has ever been suspended or revoked.

**INTERROGATORY NO. 20:**

Please give a description of the defendant driver's occupation at the time of the collision.

**INTERROGATORY NO. 21:**

Please identify all persons who gave you information that is contrary to the information contained in the accident report concerning the collision.

**INTERROGATORY NO. 22:**

Please identify all witnesses to the collision.

**INTERROGATORY NO. 23:**

Please identify all persons who had contact with the defendant driver within 24 hours prior to the collision.

**INTERROGATORY NO. 24:**

Please identify all maps, plans, drawings, photographs, videotapes, movies, or other documents that in any way relate to the collision, the plaintiff, the accident scene, how the collision happened, or this case.

**INTERROGATORY NO. 25:**

Please identify all testing that has been done concerning the facts of the collision, including all accident reconstruction done by any expert witness you have hired.

**INTERROGATORY NO. 26:**

Please state where the defendant driver had been on the date of the accident and where he was going at the time of the collision.

**INTERROGATORY NO. 27:**

Please state what employment related duties the defendant driver was performing, if any, at the time of the accident and on the day of the accident.

**INTERROGATORY NO. 28:**

Please state whether the vehicle driven by the defendant driver was or has ever been used for any employment related activities.  If so, please describe.

**INTERROGATORY NO. 29:**

Please give a reasonable description of all insurance that is or may be applicable to this litigation, including the full name of the insurer, the insured, dates of coverage and amounts of coverage.

**INTERROGATORY NO. 30:**

Please give a description of the history of the vehicle involved in the collision, including but not limited to, any known defect, any needed repairs, any scheduled repairs, complete history concerning the repair of the vehicle, all owners of the vehicle, all repair or maintenance shops that have worked on the vehicle, and any entity or person who had general or specific responsibility for repair or upkeep of the vehicle.

**INTERROGATORY NO. 31:**

Please describe any previous motor vehicle accidents of the defendant driver or the vehicle involved in the collision.

**INTERROGATORY NO. 32:**

Please give a description of the property damage of the vehicle involved in the collision, including but not limited to, the nature and amount of repairs needed or performed.  Please include the name of all entities giving estimates on damage or making repairs.

**INTERROGATORY NO. 33:**

Please state the whereabouts of the vehicle involved in the collision since the accident that is the subject of this litigation.

All of the foregoing Interrogatories are continuing in nature and must be supplemented if further information is obtained.

THUS DONE AND SIGNED at Lake Charles, Louisiana this ___ day of ~~October~~ *November*, 2021.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

CHRISTOPHER C. McCALL
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70605
(337) 478-8888

AHMAD BREAUX : 14TH JUDICIAL DISTRICT COURT

VS. NO. _____ : PARISH OF CALCASIEU

<span>2021-4786 G</span>
PROGRESSIVE COUNTY MUTUAL : STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED: _11-12-2021_ : _____
             DEPUTY CLERK OF COURT

### INTERROGATORIES

**To: PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC., and WALTER SCOTT BIVENS**

  Plaintiff, Ahmad Breaux, propounds the following interrogatories to defendants, Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc., and Walter Scott Bivens, to be answered under oath within the time limits provided by law:

### DEFINITIONS:

  "You" or "Your" includes the above named defendants and all representatives or other persons acting on behalf of the aforementioned defendants, including, but not limited to defendants' attorney.

  "Document" means any printed, typewritten or handwritten instrument of whatever character or the physical expression of any means of storage of information and includes, without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note, computer printout, computer tape, microfilm, microfiche, tape recording, photograph, motion picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer communications, or other items of a similar nature, originals and non-identical copies and where original and/or non-identical copies are in existence, a copy of the original and a copy of all non-identical copies.

  "Person" or "Persons" includes an actual person, firm, association, organization, partnership, business, trust, corporation or public entity.

  "Plaintiff" means the named plaintiff in this lawsuit.

  "Vehicle involved in the collision" concerns the vehicle driven by the defendant(s) driver at the time of the collision.

  "IDENTIFY" or "IDENTIFICATION" or "IDENTITY" when referring to a person means to state the person's full name, present or last known address, and if known, present or former employer and job title, and when referring to a document means to give a reasonable description thereof, its date, and the full name and the present or last known address of the person, firm or corporation having possession, custody or control thereof.

### INSTRUCTIONS:

  A. In answering these Interrogatories, you are requested to furnish all information known or available to you regardless of whether this information is possessed directly by you or by your agents, employees, or representatives, or by your attorneys, their agents, employees, or representatives.

  B. If any of these Interrogatories cannot be answered in full, please respond to the extent possible, specifying the reasons for your inability to respond to the remainder

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA



and state whatever information, knowledge, or belief you do have concerning the unanswered portion.

C.    If you claim privilege as to any matter requested, please give a detailed description of such privilege to allow plaintiff and the Court to ascertain the viability of the privilege.

D.    Each Interrogatory is of a continuing nature.  If, after serving an answer to any Interrogatory, you obtain or become aware of any further information that is responsive to such Interrogatory request, please serve amended answers setting forth such information.

**INTERROGATORY NO. 1:**

Please identify all persons providing factual information and/or assistance in answering plaintiff's written discovery in this case.

**INTERROGATORY NO. 2:**

Please identify all persons having knowledge of any discoverable matter.  Please see Louisiana Code of Civil Procedure art. 1422 prior to objecting to this interrogatory.

**INTERROGATORY NO. 3:**

For all documents that you claim are privileged in response to plaintiff's written discovery, please give a reasonable description of the document, specify the privilege, give the custodian of said document, identify the attorney and/or client involved, identify the litigation and/or anticipated litigation involved, identify all recipients and past custodians of the document, identify whether or not the document has ever been used affirmatively in litigation, and identify whether or not there has ever been court rulings concerning whether or not the document is privilege or not.

**INTERROGATORY NO. 4:**

Please identify each person whom you expect to call as an expert witness at trial, and state the subject matter on which the expert is expected to testify, and state the substance of the facts to which the expert is expected to testify.

**INTERROGATORY NO. 5:**

Please identify all experts who you have retained or specially employed in anticipation of litigation or preparation for trial who is not expected to be called as a witness at trial.

**INTERROGATORY NO. 6:**

Please identify all witnesses you may or will call at the trial of this matter. Also, please give a brief statement of their expected testimony and state their relationship to plaintiffs or defendants, if any.

**INTERROGATORY NO. 7:**

Please identify all exhibits you may or will introduce at the trial of this matter.

**INTERROGATORY NO. 8:**

For all parties or non-parties that you contend are at fault as it relates to the allegations of this lawsuit, please identify said party or non-party and give a reasonable explanation of your contentions.

**INTERROGATORY NO. 9:**

Please identify all witnesses, documents, and facts, which support your affirmative defenses in this litigation.

**INTERROGATORY NO. 10:**

If you contend that plaintiff was at fault in this litigation, please identify all documents, witnesses, and facts that support your contention.

**INTERROGATORY NO. 11:**

Please identify all persons you have contacted in the course of investigating this litigation and state whether or not you have taken a statement from said person.

**INTERROGATORY NO. 12:**

Please identify the contents and the terms of any agreements concerning this case or related to this case entered into by you, whether written or oral, including agreements to cooperate at any stage, agreements concerning indemnity, contribution, sharing, or expenses.

**INTERROGATORY NO. 13:**

Please identify all causes for plaintiff's injuries or illnesses complained of in this litigation other than the facts as stated in plaintiff's petition.

**INTERROGATORY NO. 14:**

Do you have any information that plaintiff had any injuries that pre-existed the injuries complained of in this lawsuit and/or do you have any information that plaintiff has other injuries or health complaints other than those complained of in this lawsuit? If so, please give a reasonable description of such information.

**INTERROGATORY NO. 15:**

Do you have any information that plaintiff was ever arrested, charged, and/or convicted of any criminal offense? If so, please identify each arrest, charge, and/or conviction, including but not limited to dates, times, subject, offense, and outcome.

**INTERROGATORY NO. 16:**

Please give a reasonable description of all information you have which gives you any reason to believe that there was any defect or failure on the part of any equipment or apparatus involved in the accident, and/or litigation.

**INTERROGATORY NO. 17:**

Please give a reasonable description of all traffic citations the defendant driver received as a result of the collision by stating the name and location of the court involved, the violations of law charged, and the date, place, and manner or disposition of all such citations.

**INTERROGATORY NO. 18:**

Please give a reasonable description of all traffic citations the defendant driver has ever received.

**INTERROGATORY NO. 19:**

Please give a reasonable description of the defendant driver's license at the time of the collision, including the type, restrictions, and whether the license has ever been suspended or revoked.

**INTERROGATORY NO. 20:**

Please give a description of the defendant driver's occupation at the time of the collision.

**INTERROGATORY NO. 21:**

Please identify all persons who gave you information that is contrary to the information contained in the accident report concerning the collision.

**INTERROGATORY NO. 22:**

Please identify all witnesses to the collision.

**INTERROGATORY NO. 23:**

Please identify all persons who had contact with the defendant driver within 24 hours prior to the collision.

**INTERROGATORY NO. 24:**

Please identify all maps, plans, drawings, photographs, videotapes, movies, or other documents that in any way relate to the collision, the plaintiff, the accident scene, how the collision happened, or this case.

**INTERROGATORY NO. 25:**

Please identify all testing that has been done concerning the facts of the collision, including all accident reconstruction done by any expert witness you have hired.

**INTERROGATORY NO. 26:**

Please state where the defendant driver had been on the date of the accident and where he was going at the time of the collision.

**INTERROGATORY NO. 27:**

Please state what employment related duties the defendant driver was performing, if any, at the time of the accident and on the day of the accident.

**INTERROGATORY NO. 28:**

Please state whether the vehicle driven by the defendant driver was or has ever been used for any employment related activities.  If so, please describe.

**INTERROGATORY NO. 29:**

Please give a reasonable description of all insurance that is or may be applicable to this litigation, including the full name of the insurer, the insured, dates of coverage and amounts of coverage.

**INTERROGATORY NO. 30:**

Please give a description of the history of the vehicle involved in the collision, including but not limited to, any known defect, any needed repairs, any scheduled repairs, complete history concerning the repair of the vehicle, all owners of the vehicle, all repair or maintenance shops that have worked on the vehicle, and any entity or person who had general or specific responsibility for repair or upkeep of the vehicle.

**INTERROGATORY NO. 31:**

Please describe any previous motor vehicle accidents of the defendant driver or the vehicle involved in the collision.

**INTERROGATORY NO. 32:**

Please give a description of the property damage of the vehicle involved in the collision, including but not limited to, the nature and amount of repairs needed or performed.  Please include the name of all entities giving estimates on damage or making repairs.

**INTERROGATORY NO. 33:**

     Please state the whereabouts of the vehicle involved in the collision since the accident that is the subject of this litigation.

     All of the foregoing Interrogatories are continuing in nature and must be supplemented if further information is obtained.

     THUS DONE AND SIGNED at Lake Charles, Louisiana this ___ day of ~~October~~ *November*, 2021.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

CHRISTOPHER C. McCALL
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70605
(337) 478-8888

| | | |
|---|---|---|
| AHMAD BREAUX | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2021-4786 G | : | PARISH OF CALCASIEU |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC. and WALTER SCOTT BIVENS | : | STATE OF LOUISIANA |
| FILED: 11-12-2021 | : | |

DEPUTY CLERK OF COURT

### REQUEST FOR WRITTEN NOTICE
### OF ASSIGNMENT AND WRITTEN NOTICE
### OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:   Honorable Lynn Jones
      Clerk of Court
      14th Judicial District Court
      Calcasieu Parish Courthouse
      Lake Charles, Louisiana

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for petitioner, Ahmad Breaux, in the above-captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC


CHRISTOPHER C. McCALL
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, La 70606-7820
(337) 478-8888

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA

C M S 7 7 5 7 6 7 6
Filing Date: 11/12/2021 12:00 AM     Page Count: 1
Case Number: 2021-004786
Document Name: REQUEST WRITTEN NOTICE

5

SCANNED

DEC 0 8 2021

JDC
KK

| AHMAD BREAUX | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. _____ | : | PARISH OF CALCASIEU |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC. and WALTER SCOTT BIVENS | : | STATE OF LOUISIANA |
| FILED: ___11-12-2021_____ | : | _____ |
| | | DEPUTY CLERK OF COURT |

14TH eFILED: 11/12/2021 1:56 PM BY: Stephanie Hornsby  
ACCEPTED: 11/15/2021 8:25 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA

## PETITION FOR DAMAGES

The petition of Ahmad Breaux, a resident of the full age of majority residing in Calcasieu Parish, Louisiana, respectfully represents that:

1.

Made defendants herein are:

a.  **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY,** a foreign insurance company, authorized to do and doing business in the state of Louisiana, who may be served through its agent for service of legal process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201, and may be served pursuant to the Long-Arm Statute, LSA-R.S. 13:3201;

b.  **FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC.,** a foreign corporation authorized to do and doing business in the state of Louisiana, who may be served through its registered agent, Gene L. Fontenot, 7905 Highway 146 N #22, Baytown, TX 77520, and may be served pursuant to the Long-Arm Statute, LSA-R.S. 13:3201;

c.  **WALTER SCOTT BIVENS,** an individual who may be served at 7905 N. Highway 146, Trailer 26, Baytown, TX 77523-0400, and may be served pursuant to the Long-Arm Statute, LSA-R.S. 13:3201.

2.

On or about November 18, 2020, plaintiff, Ahmad Breaux, was driving his 2010 Buick Lucerne westbound on I-210 bridge in the left lane, Lake Charles, Calcasieu Parish, Louisiana. A 1999 Mack RD6 truck, owned by defendant, Fontenot's Trucking, Dirt Yard & Construction, Inc., and being driven by defendant, Walter Scott Bivens, also traveling westbound on I-210 bridge in the right lane started losing debris from within the truck container which was not properly secured. Suddenly and without warning, a large tarp flew out of the truck container toward plaintiff, Ahmad Breaux, causing plaintiff to swerve and lose control of his vehicle and collide with another vehicle traveling on I-210 bridge and then colliding into a concrete wall, thereby causing the damages and

1



PROCESSED
Date: 12/8/21

injuries as set forth below.

3.

At the time of the aforesaid accident, defendant, Walter Scott Bivens, was operating the 1999 Mack RD6 truck in the course and scope of his employment with Fontenot's Trucking, Dirt Yard & Construction, Inc., defendant herein. Therefore, Fontenot's Trucking, Dirt Yard & Construction, Inc. is responsible for the negligence of Walter Scott Bivens under a theory of respondeat superior.

4.

The aforesaid accident was in no way attributable to the negligence of petitioner, Ahmad Breaux, but on the contrary was due solely by the negligence of defendant, Walter Scott Bivens, which negligence includes but is not limited to the following:

    a.    Failing to keep a proper lookout;

    b.    Failing to see what he should have seen and to do what he should have done;

    c.    Failing to properly secure his load;

    d.    Failing to exercise due care and caution under all facts and circumstances; and

    e.    All other acts of negligence which may be shown through discovery and at the trial of this matter.

5.

Defendant, Fontenot's Trucking, Dirt Yard & Construction, Inc., was negligent and is liable to the petitioner for the following reasons:

    a.    Failure to properly train and instruct its drivers;

    b.    Failure to properly supervise its drivers.

    c.    Failing to obey and failing to insure that its drivers obey laws, ordinances, and regulations regarding operation of its vehicles.

    d.    Negligent supervision;

    e.    Negligent hiring;

    f.    Negligent training;

    g.    Negligent retention; and

    h.    Any other acts of negligence or omissions which may be shown at the trial of this matter.

2

6.

As a result of the accident, petitioner, Ahmad Breaux, suffered injuries and damages including, but not limited to, neck pain, bilateral knee pain, back pain, headaches, left ankle pain, and left shoulder pain.

7.

As a result of the accident and injuries, petitioner, Ahmad Breaux, has and will continue to sustain past, present and future medical expenses, and past, present and future mental and physical pain and suffering, disability, loss of earnings, loss of future earning capacity and loss of enjoyment of life, said injuries entitling petitioner to such damages as are reasonable in the premises.

8.

At the time of the accident, defendant, Fontenot's Trucking, Dirt Yard & Construction, Inc., had insurance whereby the said defendant, Progressive County Mutual Insurance Company, agreed to insure and indemnify Fontenot's Trucking, Dirt Yard & Construction, Inc., and its agents, servants, and employees such as defendant, Walter Scott Bivens, against any and all liability resulting from an accident caused by its employees.

9.

Petitioner desires and is entitled to have the attached Interrogatories and Requests for Production of Documents be made a part hereof, and served upon the defendants simultaneously with the Petition For Damages, with each defendant ordered to produce the information and documents within the time delays provided by law.

10.

Petitioner, Ahmad Breaux, avers that at this time his damages do not exceed $50,000.00.

WHEREFORE, petitioner, Ahmad Breaux, prays that defendants, Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc., and Walter Scott Bivens, be duly served with a copy of the foregoing petition and cited to appear and answer same, and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of petitioner, Ahmad Breaux, and against defendants, Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc., and Walter Scott Bivens, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

3

Petitioner further prays for such additional relief as the law, equity and the nature of the case may permit.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC


CHRISTOPHER C. McCALL
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
(337) 478-8888


**PLEASE SERVE THE FOLLOWING DEFENDANTS:**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
who may be served through its agent for service:
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201
and may be served through Long-Arm Statute

**FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC.**
who may be served through its agent for service:
Gene L. Fontenot
7905 Highway 146 N #22
Baytown, TX 77520
and may be served through Long-Arm Statute

**WALTER SCOTT BIVENS**
an individual who may be served at
7905 N. Highway 146, Trailer 26
Baytown, TX 77523-0400
and may be served through Long-Arm Statute

4

**You Are Hereby Notified - Civil**

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   FONTENOTS TRUCKING DIRT
      YARD AND CONSTRUCTION INC

      THROUGH ITS REGISTERED
      AGENT FOR SERVICE: GENE L
      FONTENOT
      7905 HIGHWAY 146 N #22
      BAYTOWN, TX  77520

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____              BY:   _____
                                            Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

Filing Date: 12/08/2021 12:00 AM     Page Count: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ File Copy ]
CMS0035

Page 1 of 1

You Are Hereby Notified - Civil

| | | |
|---|---|---|
| AHMAD BREAUX<br>VS.   2021-004786<br>PROGRESSIVE COUNTY MUTUAL<br>INSURANCE COMPANY |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE THE STATE OF LOUISIANA

TO:   FONTENOTS TRUCKING DIRT
       YARD AND CONSTRUCTION INC

       THROUGH ITS REGISTERED
       AGENT FOR SERVICE: GENE L
       FONTENOT
       7905 HIGHWAY 146 N #22
       BAYTOWN, TX  77520

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

------------------------------------------------ SERVICE INFORMATION ------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE       $_____              BY:     _____
                                                Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.     P001

Filing Date: 12/08/2021 12:00 AM     Page Count:: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ Original Copy ]
CMS0035                                                                                        Page 1 of 1

**You Are Hereby Notified - Civil**

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   FONTENOTS TRUCKING DIRT
       YARD AND CONSTRUCTION INC

       THROUGH ITS REGISTERED
       AGENT FOR SERVICE: GENE L
       FONTENOT
       7905 HIGHWAY 146 N #22
       BAYTOWN, TX  77520

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____                    BY:   _____
                                                           Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.     P001

Filing Date: 12/08/2021 12:00 AM       Page Count: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ Service Copy ]
CMS0035

Page 1 of 1

You Are Hereby Notified - Civil

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  PROGRESSIVE COUNTY MUTUAL
     INSURANCE COMPANY
     THROUGH ITS AGENT FOR
     SERVICE OF LEGAL PROCESS: CT
     CORPORATION SYSTEM
     1999 BRYAN STREET SUITE 900
     DALLAS, TX  75201

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

Kimberly Poullard
Kimberly Poullard
Deputy Clerk of Court

------------------------------------------------ SERVICE INFORMATION ------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____        BY:  _____
                                     Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

Filing Date: 12/08/2021 02:59 PM     Page Count: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ File Copy ]
CMS0035                                                              Page 1 of 1

You Are Hereby Notified - Civil

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   PROGRESSIVE COUNTY MUTUAL
      INSURANCE COMPANY
      THROUGH ITS AGENT FOR
      SERVICE OF LEGAL PROCESS: CT
      CORPORATION SYSTEM
      1999 BRYAN STREET SUITE 900
      DALLAS, TX  75201

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____              BY:   _____
                                            Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.     P001

Filing Date: 12/08/2021 02:59 PM     Page Count:: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ Original Copy ]
CMS0035

**You Are Hereby Notified - Civil**

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   PROGRESSIVE COUNTY MUTUAL
       INSURANCE COMPANY
       THROUGH ITS AGENT FOR
       SERVICE OF LEGAL PROCESS: CT
       CORPORATION SYSTEM
       1999 BRYAN STREET SUITE 900
       DALLAS, TX  75201

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

------------------------------------------------ SERVICE INFORMATION ------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____          BY:   _____
                                            Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001

Filing Date: 12/08/2021 02:59 PM      Page Count:: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ Service Copy ]
CMS0035                                                                              Page 1 of 1

Citation/Long Arm



AHMAD BREAUX
VS.    2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  PROGRESSIVE     COUNTY    MUTUAL     PURSUANT TO LOUISIANA
     INSURANCE COMPANY                         LONG-ARM STATUTE
     THROUGH  ITS  AGENT  FOR  SERVICE
     OF LEGAL PROCESS: CT CORPORATION
     SYSTEM
     1999 BRYAN STREET SUITE 900
     DALLAS, TX  75201

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to
comply with the demand in the petition of AHMAD BREAUX against you, certified copy of
which petition accompanies this citation, or file your answers thereto in writing in the office
of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within
thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of
November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE        $_____              BY: _____
                                            Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.    P001



Filing Date: 12/08/2021 12:00 AM    Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ File Copy ]
CMS0049                                                                        Page 1 of 1

Citation/Long Arm

AHMAD BREAUX
VS.    2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  PROGRESSIVE        COUNTY      MUTUAL     PURSUANT TO LOUISIANA
     INSURANCE COMPANY                        LONG-ARM STATUTE
     THROUGH  ITS  AGENT  FOR  SERVICE
     OF LEGAL PROCESS: CT CORPORATION
     SYSTEM
     1999 BRYAN STREET SUITE 900
     DALLAS, TX  75201

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to
comply with the demand in the petition of AHMAD BREAUX against you, certified copy of
which petition accompanies this citation, or file your answers thereto in writing in the office
of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within
thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of
November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

------------------------------------- SERVICE INFORMATION -------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE      $_____            BY:   _____
                                          Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

Filing Date: 12/08/2021 12:00 AM   Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ Original Copy ]
CMS0049

Citation/Long Arm

AHMAD BREAUX
VS.    2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  PROGRESSIVE   COUNTY   MUTUAL   PURSUANT TO LOUISIANA
     INSURANCE COMPANY                      LONG-ARM STATUTE
     THROUGH  ITS  AGENT  FOR  SERVICE
     OF LEGAL PROCESS: CT CORPORATION
     SYSTEM
     1999 BRYAN STREET SUITE 900
     DALLAS, TX  75201

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to
comply with the demand in the petition of AHMAD BREAUX against you, certified copy of
which petition accompanies this citation, or file your answers thereto in writing in the office
of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within
thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of
November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

------------------------------------------------------------------------------

## SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE       $_____                    BY: _____
                                                  Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.    P001

Filing Date: 12/08/2021 12:00 AM     Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ Service Copy ]
CMS0049                                                      Page 1 of 1

Citation/Long Arm

AHMAD BREAUX
VS.    2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  FONTENOTS TRUCKING DIRT YARD    PURSUANT TO LOUISIANA
     AND CONSTRUCTION INC              LONG-ARM STATUTE
     THROUGH ITS REGISTERED AGENT
     FOR SERVICE: GENE L FONTENOT
     7905 HIGHWAY 146 N #22
     BAYTOWN, TX  77520

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to
comply with the demand in the petition of AHMAD BREAUX against you, certified copy of
which petition accompanies this citation, or file your answers thereto in writing in the office
of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within
thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of
November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

------------------------------------- SERVICE INFORMATION -------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE      $_____              BY: _____
                                          Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001



C M S 7 7 8 3 4 1 8
Filing Date: 12/08/2021 03:06 PM      Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ File Copy ]
CMS0049

Page 1 of 1

Citation/Long Arm



AHMAD BREAUX
VS.    2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  FONTENOTS  TRUCKING  DIRT  YARD      PURSUANT TO LOUISIANA
AND CONSTRUCTION INC                                      LONG-ARM STATUTE
THROUGH  ITS  REGISTERED  AGENT
FOR SERVICE: GENE L FONTENOT
7905 HIGHWAY 146 N #22
BAYTOWN, TX  77520

Defendant in said suit:

YOU  ARE  HEREBY  CITED  TO  APPEAR  before  said  Court,  for  said  Parish,  and  to
comply with the demand in the petition of AHMAD BREAUX against you, certified copy of
which petition accompanies this citation, or file your answers thereto in writing in the office
of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within
thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of
November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

-------------------------------------------- SERVICE INFORMATION --------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____                              BY:  _____
                                                                              Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.      P001



Filing Date: 12/08/2021 03:06 PM                    Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ Original Copy ]
CMS0049                                                                                            Page 1 of 1

Citation/Long Arm

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: FONTENOTS TRUCKING DIRT YARD   PURSUANT TO LOUISIANA
AND CONSTRUCTION INC                             LONG-ARM STATUTE
THROUGH ITS REGISTERED AGENT
FOR SERVICE: GENE L FONTENOT
7905 HIGHWAY 146 N #22
BAYTOWN, TX  77520

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to
comply with the demand in the petition of AHMAD BREAUX against you, certified copy of
which petition accompanies this citation, or file your answers thereto in writing in the office
of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within
thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of
November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

------------------------------------------ SERVICE INFORMATION ------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____          BY:   _____
                                                            Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.      P001

||||| |||| ||| ||| |||||| ||| |||||| |||||
C  M  S   7  8  3  4  1  8
Filing Date: 12/08/2021 03:06 PM      Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ Service Copy ]
CMS0049                                                                    Page 1 of 1



Citation/Long Arm

| | |
|---|---|
| AHMAD BREAUX | 14th Judicial District Court |
| VS.   2021-004786 | State of Louisiana |
| PROGRESSIVE COUNTY MUTUAL | Parish of Calcasieu |
| INSURANCE COMPANY | |

THE STATE OF LOUISIANA

TO:   WALTER SCOTT BIVENS                    PURSUANT TO LOUISIANA
          7905 N HIGHWAY 146 TRAILER 26        LONG-ARM STATUTE
          BAYTOWN, TX  77523-0400

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of AHMAD BREAUX against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of NOVEMBER 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

------------------------------------------------------------------------------
SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____               BY:   _____
                                                                 Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001

| | Citation/Long Arm | |
|---|---|---|
| AHMAD BREAUX<br>VS.    2021-004786<br>PROGRESSIVE COUNTY MUTUAL<br>INSURANCE COMPANY |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   WALTER SCOTT BIVENS        PURSUANT TO LOUISIANA
      7905 N HIGHWAY 146 TRAILER 26   LONG-ARM STATUTE
      BAYTOWN, TX  77523-0400

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of AHMAD BREAUX against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of NOVEMBER 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

--------------------------------- SERVICE INFORMATION ---------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE     $_____         BY:  _____
                                        Deputy Sheriff
MILEAGE   $_____

TOTAL $_____

Party No.   P001

Citation/Long Arm

AHMAD BREAUX
VS.    2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   WALTER SCOTT BIVENS
      7905 N HIGHWAY 146 TRAILER 26
      BAYTOWN, TX  77523-0400

PURSUANT TO LOUISIANA
LONG-ARM STATUTE

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of AHMAD BREAUX against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of NOVEMBER 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard

Deputy Clerk of Court

--------------------------------------- SERVICE INFORMATION ---------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the petition herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____          BY:   _____
                                        Deputy Sheriff
MILEAGE      $_____

TOTAL  $_____

Party No.    P001

Filing Date: 12/08/2021 04:21 PM    Page Count: 1
Case Number: 2021-004786
Document Name: 1602 Citation/Long Arm

[ Service Copy ]
CMS0049

Page 1 of 1

You Are Hereby Notified - Civil

| | | |
|---|---|---|
| AHMAD BREAUX<br>VS.   2021-004786<br>PROGRESSIVE COUNTY MUTUAL<br>INSURANCE COMPANY |  | 14ᵗʰ Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   WALTER SCOTT BIVENS
       7905 N HIGHWAY 146 TRAILER 26
       BAYTOWN, TX  77523-0400

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____          BY:     _____
                                          Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.     P001

Filing Date: 12/08/2021 04:24 PM     Page Count: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ File Copy ]
CMS0035                                                      Page 1 of 1

You Are Hereby Notified - Civil

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   WALTER SCOTT BIVENS
      7905 N HIGHWAY 146 TRAILER 26
      BAYTOWN, TX  77523-0400

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____          BY:   _____
                                         Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.     P001

Filing Date: 12/08/2021 04:24 PM      Page Count:: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

[ Original Copy ]
CMS0035

You Are Hereby Notified - Civil

AHMAD BREAUX
VS.   2021-004786
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   WALTER SCOTT BIVENS
      7905 N HIGHWAY 146 TRAILER 26
      BAYTOWN, TX  77523-0400

YOU ARE HEREBY NOTIFIED:
 YOU ARE TO COMPLY WITH INTERROGATORIES and  REQUEST FOR PRODUCTION OF
DOCUMENTS, ALL IN ACCORDANCE WITHIN THE TIME DELAYS ALLOWED BY LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 8, 2021

*Kimberly Poullard*

Kimberly Poullard
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE       $_____          BY:   _____
                                         Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.     P001

Filing Date: 12/08/2021 04:24 PM     Page Count: 1
Case Number: 2021-004786
Document Name: 2004 You are Hereby Notified - Civil

JDL/CL

| | |
|---|---|
| AHMAD BREAUX | : |
| VS. NO.  2021-4786 "G" | : |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC. and WALTER SCOTT BIVENS | : |
| FILED: ___01-04-2022___ | : |

14TH JUDICIAL DISTRICT COURT

PARISH OF CALCASIEU

STATE OF LOUISIANA    P1

Envelope #: 104867

_____
DEPUTY CLERK OF COURT

JAN 27 2022

14TH eFILED: 1/4/2022 11:08 AM BY: Stephanie Hornsby
ACCEPTED: 1/4/2022 11:35 AM INTO CASE 2021-4786 BY DEPUTY CLERK ABIGAIL LAROCCA

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally came and appeared STEPHANIE HORNSBY, who, after first being duly sworn, deposed and said that she is a paralegal at the firm of Baggett, McCall, Burgess, Watson, Gaughan & Andrus, and on or about December 14, 2021, she did mail by certified mail, return receipt requested, a certified copy of the Citation and Petition for Damages, Interrogatories, and Request for Production of Document in the above captioned suit, to Progressive County Mutual Insurance Company, care of CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201; that in due course, the plaintiff received the return receipt showing the date of delivery on or about December 21, 2021.  The return receipt indicating service on the defendant is attached hereto and made a part hereof.

_____
STEPHANIE HORNSBY

SWORN TO AND SUBSCRIBED before me, notary public, on the 4th day of January, 2022.

_____
NOTARY PUBLIC

ERIN MEAGAN MOORE
Notary Public ID No. 56848
State of Louisiana
Parish of Calcasieu
My Commission Is For Life

Filing Date: 01/04/2022 11:35 AM
Case Number: 2021-4786
Document Name: AFFIDAVIT

Page Count: 1

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Progressive County Mutual Ins. Co.
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
George Ingram                         DEC 2 1 2021

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

or Life

9590 9402 5912 0049 3878 57

2. Article Number (Transfer from service label)

7019 1120 0000 4672 9368

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# *Law Offices*

## *of*

# *MITCHELL & BLANCO*

### Limited Liabiity Company

Allen J. Mitchell, II
ajmitchell2@bellsouth.net

1607 Ryan Street
Lake Charles, LA 70601
Phone:  (337) 436-8686
Fax: (337) 436-8699

James A. Blanco
jablanco1@bellsouth.net

January 31, 2022

JAN 3 1 2022

Honorable H. Lynn Jones
Clerk of Court-14th JDC
P.O. Box 1030
Lake Charles, LA 70602

Re:   Ahmad Breaux
Vs. No. 2021-4786
Progressive, et al
Our file:  9999/01080

Dear Mr. Jones:

Enclosed please find an original and one copy of our Answer and Request for Written Notice which we are filing on behalf of defendant, Progressive County Mutual Insurance Company in reference to the above-captioned matter. We request that you file the originals of record and conform and return the copy to me for my file.

Also enclosed is my firm's check in the amount of $100.00 to cover the costs associated with the filing.

By copy of this letter, I certify that a copy of same has been forwarded to all counsel of record.

Sincerely yours,

Allen J. Mitchell, II

Enclosures

cc:   Mr. Chris McCall/Stephanie (via e-mail)

JDL
AL

AHMAD BREAUX          :     14ᵀᴴ JUDICIAL DISTRICT COURT

VS. NO. 2021-4786        :     PARISH OF CALCASIEU

PROGRESSIVE COUNTY
MUTUAL INSURANCE
COMPANY, ET AL.          :     STATE OF LOUISIANA    SCANNED

FILED: ___JAN 3 1 2022___ :     Sarah Hollier

                                DEPUTY CLERK        FEB 10 2022

                                                    1 Conf

### ANSWER TO PETITION FOR DAMAGES

D1

NOW INTO COURT, through undersigned counsel, come PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, who for answer to plaintiff's petition deny each and every allegation contained therein except those which are hereinafter especially admitted.

Further answering, categorically, the several allegations of the Petition, defendant avers and pleads as follows:

1.

The defendant admit their name and service status and contained in Paragraph 1 of the plaintiff's petition. All other allegations contained or implied in Paragraph 1 are denied.

2.

The allegations of Paragraph 2 are denied.

3.

It is admitted that Walter Bivens was operating a 199 Mack RD6 in the course and scope of his employment with Fontenot's Trucking, Dirt Yard & Construction, Inc. All other allegations contained or implied are denied.

4.

The allegations of Paragraph 4 are denied.

5.

The allegations of Paragraph 5 are denied.

6.

The allegations of Paragraph 6 are denied.

7.

The allegations of Paragraph 7 are denied.

8.

It is admitted that the defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, provided a policy of insurance in favor of Fontenot's Trucking, Dirt Yard & Construction, Inc., which said policy is writing and is the best evidence of its contents, provisions, limitation and exclusions, all of which are especially pled herein. All the allegations contained or implied in Paragraph 8 are denied.

9.

As written, the allegations of Paragraph 9 do not appear to require an answer of this defendant.

10.

To the extent that the petitioner's damages do not exceed FIFTY THOUSAND DOLLARS ($50,000.00), then no party would be entitled to trial by jury. However, this defendant reserves the right to pray for trial by jury on all issues herein to the extent the petitioner in any way amends their pleadings to make an allegation in excess of the requisite jurisdictional amount.

And now further answering the several allegations of the Petition, the defendants aver and plead as follows:

A.

The defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, specifically pleads the fault of all known and unknown third parties for which they bear no responsibility.

B.

The defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, affirmatively alleges that the plaintiff's complaints, if any, are due to pre-existing and/or subsequent accidents, injuries and/or medical conditions and were not caused and/or aggravated by the subject accident.

C.

The sole and proximate cause of any damages sustained by the plaintiff in the subject accident was due to the contributory negligence and/or comparative fault of the plaintiff, which consisted of the following non-exclusive list of particulars:

1. Failing to maintain a proper lookout;

2. Failing to see what she should have seen or do what she should have done under the circumstances;

3. Failing to maintain control of her vehicle; and

4. All other acts or negligence which may be proven at the trial of this matter;

which said acts constitute a proximate cause of the subject accident.

D.

In the alternative and only in the event that this Honorable Court should find the defendants were guilty of any negligence constituting a proximate cause of the subject accident, which is at all times specifically denied, then the defendants aver that the plaintiff was guilty of contributory negligence in the non-exclusive particulars set out above, which said negligence constituted a proximate cause of the subject accident thereby barring plaintiff's recovery or in the alternative service to diminish any damages she may have suffered as a result of the subject accident.

E.

The defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, pleads a credit for any and all amounts which have been paid or which are to be paid under the respective coverages of the subject policy as well as for a credit for any and all amounts that have been paid or may be paid to the plaintiff under any insurance policies which provided coverage for the subject accident.

F.

To the extent that the plaintiff's medical expenses are covered by a health insurance provider, the defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, plead the provisions of the Balanced Billing Act, LSA-RS 22:1874 A (2) that prohibits and precludes collection and even the billing of charges in excess of the provider's contracted rate with the health insurer.

G.

The defendant PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, are entitled to, and hereby request a credit and/or offset of any Medicaid discounts and/or adjustments pursuant to *Bozeman v. State of Louisiana, 879 So. 2d 692, 2003-1016 (La. 7/2/04).*

**H.**

The defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, are entitled to, and hereby request a credit and/or offset of any attorney negotiated discounts and/or adjustments pursuant to *Hoffman v. 21ˢᵗ Century North America Ins. Co., 2014-2279 (La. 10/2/15)*.

**I.**

The plaintiff has failed to mitigate her damages.

WHEREFORE, premises considered, defendants pray that this answer be deemed good and sufficient and that after the lapse of all legal delays there be judgment rendered herein in favor of defendant and against plaintiffs, rejecting plaintiff's demands at their costs.

PRAY FURTHER for any and all orders and decrees necessary in the premises and for full, general and equitable relief.

Respectfully submitted,

MITCHELL & BLANCO, L.L.C.

_____
ALLEN J. MITCHELL, II
1607 RYAN STREET
LAKE CHARLES, LA 70629
PHONE (337) 436-8686
FAX    (337) 436-8699

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has this day been served upon all counsel of record by way of electronic transmission.

Lake Charles, Louisiana, this **31st** day of _____**Jan.**_____, 2022.

_____
ALLEN J. MITCHELL, II

| AHMAD BREAUX | : | 14TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VS. NO. 2021-4786 | : | PARISH OF CALCASIEU |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ET AL. | : | STATE OF LOUISIANA |
| FILED: _____JAN 3 1 2022_____ | : | _Sarah Holier_____ DEPUTY CLERK |

## REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND/OR WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:      Honorable Lynn Jones
         Clerk of Court
         100 Ryan Street
         Calcasieu Parish

Dear Mr. Jones:

In accordance with the provisions of Article 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel for defendants, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, in the above and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception, rules or the merits thereof.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send us immediate notice of any order or judgment made or rendered in this case upon the entry of any such order or judgment.

Respectfully submitted,

MITCHELL & BLANCO, L.L.C.

ALLEN J. MITCHELL, II
1607 RYAN STREET
LAKE CHARLES, LA 70601
PHONE (337) 436-8686
FAX    (337) 436-8699

Filing Date: 01/31/2022 03:15 PM          Page Count: 1
Case Number: 2021-004786
Document Name: REQUEST WRITTEN NOTICE

| | | |
|---|---|---|
| AHMAD BREAUX | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2021-4786 "G" | : | PARISH OF CALCASIEU |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC. and WALTER SCOTT BIVENS | : | STATE OF LOUISIANA |
| FILED: _____ | : | _____ |
| | | DEPUTY CLERK OF COURT |

## MOTION FOR LEAVE TO FILE
## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiff, Ahmad Breaux, who respectfully requests that this Honorable Court grant him leave to file his First Supplemental and Amending Petition and who respectfully represents that the filing of the Plaintiff's First Supplemental and Amending Petition will not prejudice any defendant and will not impede the progress of this matter.

WHEREFORE, plaintiff, Ahmad Breaux, prays for leave of court to file his First Supplemental and Amending Petition.

Respectfully submitted,

BAGGETT, McCALL, BURGESS, WATSON, GAUGHAN & ANDRUS, LLC

BY: _____
CHRISTOPHER C. MCCALL
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, La 70606-7820
(337) 478-8888

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Leave to File Plaintiff's First Supplemental and Amending Petition has been served upon all counsel of record in this matter via e-mail or U.S. mail, postage prepaid, and properly addressed on this 4th day of March, 2022.

_____
CHRISTOPHER C. MCCALL

1

AHMAD BREAUX                          :          14TH JUDICIAL DISTRICT COURT

VS. NO.  2021-4786 "G"                :          PARISH OF CALCASIEU

PROGRESSIVE COUNTY MUTUAL    :          STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED: _____     :     _____
                                                 DEPUTY CLERK OF COURT

## **ORDER**

Considering the above and foregoing motion;

IT IS HEREBY ORDERED that plaintiff, Ahmad Breaux, be and is hereby granted leave

to file his First Supplemental and Amending Petition.

THUS DONE AND SIGNED this _____ day of March, 2022, in Lake Charles, Louisiana.


                                  _____
                                  JUDGE MICHAEL CANADAY

| | | |
|---|---|---|
| AHMAD BREAUX | : | 14TH JUDICIAL DISTRICT COURT |

AHMAD BREAUX                    :        14TH JUDICIAL DISTRICT COURT

VS. NO.  2021-4786 "G"         :        PARISH OF CALCASIEU

PROGRESSIVE COUNTY MUTUAL       :        STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED: _____       :        _____
                                          DEPUTY CLERK OF COURT

## FIRST SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes Ahmad Breaux, plaintiff herein, who desires to amend his original petition filed herein on November 12, 2021, in the following respects:

A.

By amending paragraph 10 to read as follows:

"10.

Petitioner, Ahmad Breaux, avers that at this time his damages exceed the jurisdictional amount necessary for a trial by jury and for diversity jurisdiction."

WHEREFORE, petitioner, Ahmad Breaux, prays that he be allowed to file this First Supplemental and Amending Petition.  Plaintiff also pray that defendants, Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc., and Walter Scott Bivens, be duly served with a copy of the foregoing Supplemental and Amending Petition and cited to appear and answer same, and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of petitioner, Ahmad Breaux, and against defendants, Progressive County Mutual Insurance Company, Fontenot's Trucking, Dirt Yard & Construction, Inc., and Walter Scott Bivens, for damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

Petitioner prays that he be permitted to file this Supplemental and Amending Petition.

Petitioner further prays for such additional relief as the law, equity and nature of the case may permit.

1

Petitioner further reiterates all of the allegations and prayers of the original petition as supplemented herein.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

CHRISTOPHER C. McCALL
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
(337) 478-8888

**PLEASE SERVE THE FOLLOWING DEFENDANTS**
**WITH THE AMENDING PETITION ONLY**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
through its attorney of record:
Allen J. Mitchell, II
Mitchell & Blanco, LLC
1607 Ryan St.
Lake Charles, LA 70601

**FONTENOT'S TRUCKING, DIRT YARD & CONSTRUCTION, INC.**
who may be served through its agent for service:
Gene L. Fontenot
7905 Highway 146 N #22
Baytown, TX 77520
and may be served through Long-Arm Statute

**WALTER SCOTT BIVENS**
an individual who may be served at
7905 N. Highway 146, Trailer 26
Baytown, TX 77523-0400
and may be served through Long-Arm Statute

2

AHMAD BREAUX              :     14TH JUDICIAL DISTRICT COURT

VS. NO.  2021-4786 "G"         :     PARISH OF CALCASIEU

PROGRESSIVE COUNTY MUTUAL    :     STATE OF LOUISIANA
INSURANCE COMPANY, FONTENOT'S
TRUCKING, DIRT YARD &
CONSTRUCTION, INC. and WALTER
SCOTT BIVENS

FILED: _____    :     _____
                                                   DEPUTY CLERK OF COURT

## O R D E R

PREMISES CONSIDERED:

LET the First Supplemental and Amending Petition of petitioner be filed herein.

THUS DONE AND SIGNED this _____ day of March, 2022, in Lake Charles, Louisiana.

                                       _____
                                       JUDGE MICHAEL CANADAY

3

## Case

**Case Number**
2021-4786

**Description**

**Location**
Calcasieu Parish

**Category**
Civil

**Case Type**
Damages/Personal Injuries

**Status**

**Filed Date**

**Judge**
System Assigned

340.00



MAR 11 2022

P1

## Envelope # 112897

**Submit Date**
03/04/2022 9:56 AM CST

**Filing Source**
Odyssey File & Serve

**Filed By**
Stephanie Hornsby

**Firm Address**
3006 Country Club Road
Lake Charles, Louisiana 70605

**Filer Email**
shornsby@baggettmccall.com

**Docket Date**
03/04/2022 9:56 AM CST

**Filing Attorney**
Christopher McCall

**Firm Name**
Baggett, McCall, Burgess, Watson & Gaughan, LLC

**Firm Phone**
3374788888

## Filings

4 Filing(s)

Motion and Order

**Status**
Accepted By Court

**Filing Type**
EFile

**Reference Number**
20-0616

**Filing Description**
Motion for Leave to File First Supplemental & Amending Petition

**Filing Comments**

**Filing Courtesy Copies**

**Review Date**
03/07/2022 8:38 AM CST

**Accept Comments**

**Associated Parties:**
Ahmad Breaux

**Documents**

Filing Date: 03/10/2022 10:30 AM
Case Number: 2021-004786
Document Name: Note with attachment

Page Count: 4



eview Application                                                                    https://louisiana-review.fileandserve.tylertech.cloud/summary/true

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|
| Lead Document | �though on for leave to file 1st supp & amending petition 03-04-22.pdf | motion for leave to file 1st supp & amending petition 03-04-22.pdf | | Original Transmitted |

Order

**Status**
Accepted By Court

**Filing Type**
EFile

**Reference Number**
20-0616

**Filing Description**
Order on Motion for Leave to File First Supplemental & Amending Petition

**Filing Comments**

**Filing Courtesy Copies**

**Review Date**
03/07/2022 8:38 AM CST

**Accept Comments**

**Associated Parties:**
Ahmad Breaux

### Documents

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|
| Lead Document | Order on mot for leave to file 1st supp & amending petition 03-04-22.pdf | Order on mot for leave to file 1st supp & amending petition 03-04-22.pdf | | Original Transmitted |

Petition

**Status**
Accepted By Court

**Filing Type**
EFile

**Reference Number**
20-0616

**Filing Description**
First Supplemental and Amending Petition

**Filing Comments**

**Filing Courtesy Copies**

**Review Date**
03/07/2022 8:38 AM CST

**Accept Comments**

**Associated Parties:**
Ahmad Breaux

### Documents

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|

eview Application                                                    https://louisiana-review.mediaserve.tylertech.cloud/summary?de

| | | |
|---|---|---|
| Lead Document | first supp & amending petition 03-04-22.pdf | first supp & amending petition 03-04-22.pdf | Original Transmitted |

**Order**

**Status**
Accepted By Court

**Filing Type**
EFile

**Reference Number**
20-0616

**Filing Description**
Order on First Supplemental and Amending Petition

**Filing Comments**

**Filing Courtesy Copies**

**Review Date**
03/07/2022 8:38 AM CST

**Accept Comments**

**Associated Parties:**
Ahmad Breaux

### Documents

| Component | Document Name | Description | Security | Download Version |
|---|---|---|---|---|
| Lead Document | order on first supp & amending petition 03-04-22.pdf | order on first supp & amending petition 03-04-22.pdf | | Original Transmitted |

## Fees

Description of Fees and Amounts

| | |
|---|---|
| **Motion and Order** | |
| Filing Fee | $0.00 |
| *Filings – Per Page Fee | $6.00 |
| Conformed Copy | $3.00 |
| | Filing Total: $9.00 |
| **Order** | |
| Filing Fee | $0.00 |
| *Filings – Per Page Fee | $6.00 |
| Conformed Copy | $3.00 |
| | Filing Total: $9.00 |
| **Petition** | |
| Filing Fee | $0.00 |
| *Filings – Per Page Fee | $10.00 |
| Conformed Copy | $3.00 |
| Additional Advanced Deposit - RS13:842b(1) | $300.00 |
| | Filing Total: $313.00 |
| **Order** | |
| Filing Fee | $0.00 |
| *Filings – Per Page Fee | $6.00 |
| Conformed Copy | $3.00 |
| | Filing Total: $9.00 |
| **Total Fees** | |
| Total Filing Fees | $340.00 |

eview Application                                              https://louisiana-review.fileandserve.tylertech.cloud/sunmary/true

Payment Service Fee                                                            $10.03
E-File Fee                                                                      $7.00
                                                          Envelope Total: $357.03

Payment Information

Payment Account
Erin Alley

Payment Type
CreditCard

Party Responsible for Fees
Ahmad Breaux

Order ID
000112897-0

Transaction Amount
$357.03

Transaction ID
163115

Transaction Response
Payment Complete

# Coming Soon