UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

AHMAD BREAUX                                     CIVIL ACTION NO.  2:22-CV-00848

VERSUS                                           JUDGE JAMES D. CAIN, JR.

PROGRESSIVE COUNTY MUTUAL          MAGISTRATE JUDGE LEBLANC
INSURANCE CO ET AL

## 60 DAY JUDGMENT OF DISMISSAL

Having been advised by the parties that this matter has settled,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby

dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to

reopen the action if settlement is not consummated. Accordingly, trial set for February 20,

2024, and all associated deadlines and hearings are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate

judgment of dismissal as soon as the settlement documents are executed. If no motion is

filed to reopen, the case is officially closed, and the Clerk of Court shall be relieved from

the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 9th day of January, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE